UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 00-CR-10278 |
| | ) |
| JEAN PIERRE CAGNAT | ) |

## DISMISSAL OF INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the Indictment in this matter, charging JEAN PIERRE CAGNAT with conspiracy to rig bids and allocate contracts in violation of 15 U.S.C. § 1 (Sherman Antitrust Act). In support of this dismissal, the government states that JEAN PIERRE CAGNAT, a citizen of France, has been a fugitive since the indictment was returned on August 3, 2000, and the dismissal is in the interests of justice.

Respectfully submitted,

2/12/21
Date

ANDREW E. LELLING
United States Attorney

/s/ Manish Kumar
Manish Kumar, #269493 CA
Chief, San Francisco Office
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Telephone: (415) 934-5300
Manish.Kumar@usdoj.gov

Leave to File Granted:

_____
Honorable Nathaniel M. Gorton, Judge
United States District Court